UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN EDIOR,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. EDCV 08-1697-RC<br><br><br><br>JUDGMENT |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: March 5, 2010     /S/ ROSALYN M. CHAPMAN
                                    ROSALYN M. CHAPMAN
                            UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-1697.jud
3/4/10